UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                           2:08-cr-18-FtM-29SPC

LINDA DURKIN

_____

**ORDER**

This matter comes before the Court on Defendant's Motion to Change Method By Which Balance of Sentence is Served (Doc. #39) filed on July 22, 2011.  Defendant seeks to have the remainder of her sentenced served in home confinement or in a half-way house type facility.  Defendant relies primarily upon 42 U.S.C. § 13882 which authorized the Bureau of Prisons to initiate the Family Unity Demonstration Project.  Defendant asserts that because the Bureau of Prisons has failed to effectuate such a project, the Court should allow the last half of her sentence to be served in home confinement or in a half-way house type facility.

The Court has no inherent power to modify a sentence, but rather must look to the specific parameters of federal statutes and the Federal Rules of Criminal Procedure.  United States v. Diaz-Clark, 292 F.3d 1310, 1315 (11th Cir. 2002).  No statute, including the Family Unity Demonstration Project, authorizes a sentencing court to modify a federal sentence after it has been imposed.  See United States v. Wright, No. 2:06-cr-834, 2008 WL 4219076 at *1 (D. Utah Sept. 15, 2008); United States v. Robertson, No. Cr-04-94,

2008 WL 961614 at *1 (E.D. Okla. Apr. 8, 2008); United States v. Holt, No. 08-10147, 2010 WL 781721 at *1 (D. Kan. Mar. 8, 2010). Because defendant is proceeding *pro se*, the Court must construe her request for post-conviction relief liberally, United States v. Brown, 117 F.3d 471, 475 (11th Cir. 1997), and consider all possible bases of authority even though none may be identified by defendant, United States v. Jordan, 915 F.2d 622, 624-25 (11th Cir. 1990). Defendant has already filed an unsuccessful motion under 28 U.S.C. § 2255, and no other basis for jurisdiction is available.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Change Method By Which Balance of Sentence is Served (Doc. #39) is **DISMISSED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   25th   day of July, 2011.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Linda Durkin