UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                            2:08-cr-18-FtM-29SPC

LINDA DURKIN
_____

**<u>OPINION AND ORDER</u>**

This matter comes before the Court on defendant's Motion To Terminate Supervised Release (Doc. #41) filed on May 6, 2014. The Government's Response (Doc. #43) was filed on May 13, 2014. The motion is opposed by both the United States Probation Office and the prosecution. For the reasons set forth below, the motion is denied.

Early termination of supervised release is permissible if, after considering the relevant factors in 18 U.S.C. § 3553(a), the Court concludes that early termination is warranted by the conduct of defendant and the interests of justice. 18 U.S.C. § 3583(e)(1). Defendant's three year term of supervised release began in October, 2013, and expires in October 2016. Defendant has only been under supervision for approximately seven months, and has not completed her financial responsibilities with regard to restitution. Nothing identified by defendant suggests to the Court that the supervision

should be terminated, particularly while restitution is still outstanding. The Court finds that the facts submitted by defendant do not establish that termination of supervision prior to the scheduled termination is warranted or in the interests of justice.

Accordingly, it is now

**ORDERED**:

Defendant's Motion to Terminate Supervised Release (Doc. #41), is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __20th__ day of May, 2014.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Patricia Rodgers
U.S. Probation